# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SCOTT MANLEY,

    Plaintiff,

vs.                                              CASE NO. 4:07CV392-WS/AK

CAPTAIN PAYNTER,

    Defendant.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion to Dismiss Defendant Nurse Kirkland because he has been unable to obtain information that would enable the Court to serve her. (Doc. 57). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the claims against Defendant Kirkland are hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this 16th day of October, 2008.

                                      s/ A Kornblum
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**