IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


SCOTT LEONARD MANLEY,

      Plaintiff,

v.                                                                                    4:07cv392-WS

CAPTAIN PAYNTER,

      Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 68)

docketed June 29, 2009.  The magistrate judge recommends that the defendant's

motion for summary judgment be granted and that this case be dismissed for failure to

exhaust administrative remedies and for failure to state a claim upon which relief may

be granted.  The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate

judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 68) is hereby

ADOPTED and incorporated by reference into this order.

2.  The defendant's motion for summary judgment (doc. 59) is GRANTED.

3.  The plaintiff's amended complaint and this case are DISMISSED for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

4.  The Clerk shall enter judgment accordingly and shall noted on the docket that this cause has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this ____12th____ day of ____August____, 2009.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE